IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

THEODIS DIYSON                                                PLAINTIFF

v.                       No. 3:21-cv-156-DPM

GREENE COUNTY DETENTION
CENTER; TAMMY GLENN, Head
Nurse; and DOES                                               DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Diyson hasn't paid the filing fee or filed an application to proceed *in forma pauperis*; instead, his mail is now being returned undelivered. *Doc. 2-4.* His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

16 November 2021