IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

THEODIS DIYSON                                                           PLAINTIFF

v.                                  No. 3:21-cv-156-DPM

GREENE COUNTY DETENTION
CENTER; TAMMY GLENN, Head
Nurse; and DOES                                                          DEFENDANTS

## JUDGMENT

Diyson's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
United States District Judge

16 November 2021